Official Form 11A
6/90

# United States Bankruptcy Court

_____ District Of _MARYLAND_

In re _CRAIG RICHBURG_
　　　　　Debtor

Case No. _13-16058_

Chapter _13_

FILED
APR - 8 2013
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

## GENERAL POWER OF ATTORNEY

To _EUGENE J KING, JR_ of * _LAW OFFICES OF EUGENE_, and
_____ of * _KING_.

　　　　The undersigned claimant hereby authorizes you, or any one of you, as attorney in fact for the undersigned and with full power of substitution, to vote on any question that may be lawfully submitted to creditors of the debtor in the above-entitled case; [*if appropriate*] to vote for a trustee of the estate of the debtor and for a committee of creditors; to receive dividends; and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in this case.

　　　Dated: _4/6/13_

Signed: _[signature]_

By _____

as _____

Address: _____

_____

　　　　[*If executed by an individual*] Acknowledged before me on _____.

　　　　[*If executed on behalf of a partnership*] Acknowledged before me on _____,
by _____, who says that he [*or* she] is a member of the partnership named above and is authorized to execute this power of attorney in its behalf.

　　　　[*If executed on behalf of a corporation*] Acknowledged before me on _____,
by _____, who says that he [*or* she] is _____ of the corporation named above and is authorized to execute this power of attorney in its behalf.

_____

_____
[*Official character.*]

* State mailing address.