**LOCAL BANKRUPTCY FORM 2016-3.1**
[Caption as in Bankruptcy Official Form No. 16B]

**CHAPTER 13 SHORT FORM FEE APPLICATION**

**SUMMARY**

Pursuant to 11 U.S.C. § 330, Applicant, _____Eugene I, Kane Jr_____, attorney for the debtor, requests allowance of the following fees and reimbursement of out-of-pocket expenses incurred up to the date of confirmation as follows:

1. TOTAL FEES REQUESTED in this application                            $ __0.00__

2. TOTAL EXPENSES REQUESTED in this application       + $ __0.00__

                      (Total Fees and Expenses Requested) = $ __0.00__

3. AMOUNT PAID TO DATE (exclusive of the filing fee)       − $ __0.00__

4. **NET** AMOUNT OF FEES AND EXPENSES TO BE PAID THROUGH CONFIRMED PLAN NOT TO EXCEED AMOUNT FUNDED BY THE PLAN
                                                              = $ __0.00__

**DETAIL IN SUPPORT OF FEE REQUEST**

**1. FEES**

Amount of fee Applicant agreed to with debtor for performing services to represent the debtor in this case:    (amount disclosed in 2016(b) disclosure)....................$ __0.00__
        (amount disclosed in amended 2016(b) disclosure)................$_____

    A. This agreed upon fee represents (check applicable boxes):
        [ ] a flat fee for all basic services in the case
        [ ] hourly charges based upon time spent.
        [✓] other fee arrangement based upon_____Pro bono_____.

B. Applicant's rate for attorney services is $ __275.00__ / hour; the rate for associate attorney services is $_____ / hour; and the rate for paralegal services is $_____ / hour.

## 2. EXPENSES

Amount of expenses incurred:

| | |
|---|---|
| _____ copies (at \_\_\_\_\_/copy) | $_____ |
| Postage | $_____ |
| Other (specify) | |
|     Facsimile | $_____ |
|     Legal Research | $_____ |
| _____ | $_____ |
| **Total:** | $_____ |

## APPLICANT'S CERTIFICATIONS
## IN SUPPORT OF SHORT FORM FEE APPLICATION

**APPLICANT CERTIFIES/ATTESTS THAT:**

    1. I have performed **ALL** of the "Basic Services," as needed, referenced in L.B.R. 2016-3 and listed in the applicable Chapter 13 General Procedure Order, as amended from time to time.

    2. I provided a copy of the Basic Services list to my client.

    3. The foregoing is true and accurate.

Dated: 04/22/2013

By: Eugene I. Kane, Jr
*Counsel to* Debtor Craig Richbug
Attorney registration number 05151
**Business address** 6701 Democracy Blvd Suite 300 Bethesda Md 20817
**Telephone number** 301-963-6554
**Facsimile number** 240-404-6961
**E-mail address** EugeneKane@LawOfficesKane.com