```
                         United States Bankruptcy Court
                              District of Maryland
In re:                                                      Case No. 13-16058-NVA
Craig Stephens Richburg                                     Chapter 13
         Debtor
                           CERTIFICATE OF NOTICE
District/off: 0416-1          User: kgrant             Page 1 of 2            Date Rcvd: Jul 03, 2013
                              Form ID: pdfdbtr         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2013.
db             +Craig Stephens Richburg,    10205 Pembroke Green Place,   Columbia, MD 21044-4950

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 05, 2013**          **Signature:**  _Joseph Speetjens_

```
District/off: 0416-1           User: kgrant              Page 2 of 2              Date Rcvd: Jul 03, 2013
                               Form ID: pdfdbtr          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2013 at the address(es) listed below:
          Eugene I. Kane    EugeneKane@LawOfficesKane.com
          Nancy  Spencer Grigsby    grigsbyecf@ch13md.com
          Randa S. Azzam    razzam@siwpc.com,   klane@siwpc.com,ecfmd1@siwpc.com,ecfmd2@siwpc.com,
           ecfmd3@siwpc.com
                                                                                    TOTAL: 3



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   13−16058 − NVA    Chapter:   13

Craig Stephens Richburg
10205 Pembroke Green Place
Columbia, MD 21044

## ORDER DISMISSING CASE FOR FAILURE
## TO PROVIDE REQUIRED TAX DOCUMENTS
## AND PAY ADVICES AND NOTICE THAT
## AUTOMATIC STAY IS TERMINATED
### [For Individual Debtor(s)]

By notice of the Court dated June 13, 2013, the Debtor(s) was/were notified to provide to the trustee,

☑   A copy of the payment advices to the trustee pursuant to § 521(a)(1)(B)(iv) of Title 11 U.S.C. and Local Bankruptcy Rule 1007−4

☑   A copy of the Federal income tax return for the most recent tax year ending immediately before the commencement of the case and for which a Federal income tax return was filed pursuant to § 521(e)(2)(A) of Title 11 U.S.C.

The Debtor(s) has/have failed to comply with the said instructions of the Court, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above−captioned case is dismissed; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   Debtor(s)
      Attorney for Debtor(s) – Eugene I. Kane Jr.
      Chapter 13 Trustee – Nancy Spencer Grigsby

### End of Order

15.5 − 05/17/2013 − *kgrant*